## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

PATTY E. SIMPSON                                                                                     PLAINTIFF

v.                                           NO. 1:13CV00093 JLH

CAVALRY SPV I, LLC, as Assignee of
HSBC Bank Nevada, N.A./Orchard Bank                                                        DEFENDANT

### ORDER

This action is hereby stayed pending resolution from the Supreme Court of Arkansas on the Certification Order issued on January 7, 2014. All deadlines are suspended.

IT IS SO ORDERED this 8th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE