**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

PATTY E. SIMPSON                                                                                           PLAINTIFF

v.                                              NO. 1:13CV00093 JLH

CAVALRY SPV I, LLC, as Assignee of
HSBC Bank Nevada, N.A./Orchard Bank                                                         DEFENDANT

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, defendant's offer of judgment, and the plaintiff's notice of acceptance of that offer, judgment is entered in favor of Patty E. Simpson against Cavalry SPV I, LLC, as Assignee of HSBC Bank Nevada, N.A./Orchard Bank in the amount of $10,000.00 plus post-judgment interest to accrue at the rate of 0.12% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 29th day of September, 2014.

                                                                            _____
                                                                            J. LEON HOLMES
                                                                            UNITED STATES DISTRICT JUDGE