IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATTY E. SIMPSON                                                                                               PLAINTIFF

v.                                              NO. 1:13CV00093 JLH

CAVALRY SPV I, LLC, as Assignee of
HSBC Bank Nevada, N.A./Orchard Bank                                                         DEFENDANT

## ORDER

The joint motion to set aside the judgment and to dismiss this action with prejudice is GRANTED. Document #31. The judgment entered on September 29, 2014, is hereby set aside. This action is hereby dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED this 18th day of November, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE